**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 13-951-JFW (SPx)**                          Date: **June 4, 2013**

Title:          United States of America  -v- $37,057.24 In Funds From Matadors Community

---

**PRESENT:**
          **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

          **Shannon Reilly**                              **None Present**
          **Courtroom Deputy**                         **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                    None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK
                                                                OF PROSECUTION**

          Plaintiff is ordered to show cause, in writing, no later than **June 18, 2013**, why this action
should not be dismissed for lack of prosecution.

          The Court will consider the filing of the following on or before the above date as an
appropriate response to this Order to Show Cause:

_____    Proof of service of summons and complaint

   **X**      Answer by the defendant or an application for entry of default pursuant to Federal Rule
_____    of Civil Procedure 55(a)

_____    An application for entry of default judgment pursuant to Federal Rule of Civil Procedure
              55(b)

          No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See*
Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response
to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the
dismissal of this action.

          IT IS SO ORDERED.


                                                                                    Initials of Deputy Clerk __sr__

(Rev. 10/1/04)